IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MALACHI BIGGS,

                      Plaintiff,

              v.

DELAWARE STATE
UNIVERSITY, DESEAN
JACKSON, TRAVIS CLARK,
JANE HICKS, and ANTHONY
HERBERT,

                    Defendants.

Civil Action No. 26-574-CFC

---

## MEMORANDUM ORDER

Whereas Plaintiff initiated this case with the filing of a Complaint in the Superior Court of Delaware on April 23, 2026, D.I. 1 ¶ 1;

Whereas Plaintiff alleged in the Complaint state tort claims arising out of an incident that occurred in November 2025, D.I. 1-1 at 18–70;

Whereas on May 19, 2026, Defendants Delaware State University, DeSean Jackson, Travis Clark, and Jane Hicks removed the case to this Court;

Whereas the Superior Court had jurisdiction over the case;

Whereas I can think of no good reason that would explain Defendants' decision to remove the case to this Court; and

Whereas the removal of this case by Defendants caused delay and increased the burden and cost on Plaintiff to litigate this matter;

NOW THEREFORE, at Wilmington on this Twenty-seventh day of May in 2026, it is HEREBY ORDERED that:

1. Unless Plaintiff objects, trial will be held in this case on December 14, 2026 and the Pre-trial Conference will be held on November 24, 2026 at 9:00 a.m. in Courtroom 4B;

2. Discovery will begin immediately and will not be stayed or delayed pending the resolution of any pretrial motions;

3. An in-person scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, June 5, 2026 at 10:30 a.m.** in Courtroom 4B.

4. The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Non-Patent Cases" (**revised on May 1, 2026**), available on the Court's website. No later than 48 hours before the scheduling conference, counsel for Defendant shall file on behalf of both parties a proposed scheduling order using the "Rule 16 Scheduling Order for Non-Patent Cases" form. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

5. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

_____
CHIEF JUDGE

2